**Order filed, March 8, 2018.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-17-00847-CV
_____

**MARCUS LADETTE DUNCAN, Appellant**

**V.**

**ARDMORE APARTMENTS, Appellee**

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1099611**

---

## ORDER

The reporter's record in this case was due December 27, 2017. *See* Tex. R. App. P. 35.1. On February 6, 2018, this court issued an order requiring the court reporter to file the reporter's record on or before March 8, 2018. On March 6, 2018, the court reporter notified this court that appellant has not paid or made arrangements to pay for the record and is not appealing as indigent.

Appellant filed a Statement of Inability to Afford Payment of Court Costs in the trial court. No contest was filed. "A party who files a Statement of Inability to Afford Payment of Court Costs cannot be required to pay costs except by order of the court as provided by this rule." *See* Tex. R. Civ. P. 145(a). Appellant has not been ordered to pay costs pursuant to Rule 145.

Accordingly, we order Jodi Masera, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM